IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
MAY 16 AM 9: 10

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | |
| v. | * | Criminal No. 02-20257-Ma |
| MARIO MONTELL STEWART, | * | |
| Defendant. | * | |

## ORDER

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Indictment in this case is DISMISSED.

IT IS SO ORDERED this 13th day of May, 2005.

SAMUEL H. MAYS
UNITED STATES DISTRICT COURT

Submitted by:

Stuart J. Canale
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:02-CR-20257 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT