UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 20 AM 9: 52

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

   Plaintiff,

v.           Case Number 02-20257-Ma

MARIO MONTELL STEWART,

   Defendant.

# JUDGMENT

  Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that the Indictment returned against Mario Montell Stewart is dismissed in accordance with the Order, docketed May 18, 2005.

**APPROVED:**

_/s/ Samuel H. Mays, Jr._
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

May 19, 2005
_____
(DATE)

ROBERT R. DI TROLIO
_____
CLERK

_/s/ Judy Easley_
_____
(by) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  5-20-05

(75)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 75 in case 2:02-CR-20257 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT